GORDON E. R. TROY, PC
Gordon E. R. Troy
5203 Shelburne Road
PO Box 1180
Shelburne, VT  05482
(802) 881-0640 Phone
(646) 588-1962 Fax
**gtroy@webtm.com** E-mail

*Attorney for Plaintiff Bernhard Kuehmstedt*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERNHARD KUEHMSTEDT,<br><br>               Plaintiffs,<br><br>- against -<br><br>PEREZ HILTON MANAGEMENT, INC., and MARIO ARMANDO LAVANDEIRA, JR., an individual professionally known as "Perez Hilton,"<br><br>               Defendants. | **COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Case No.: _____ |

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

Plaintiff Bernhard Kuehmstedt, by his attorneys, Gordon E. R. Troy, PC, as and for his Complaint, alleges:

**STATEMENT OF THE CASE**

1. This is an action for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. § 101, *et seq*., based on Defendants' unlawful display and use of Plaintiff's photograph depicting musical artist Janet Jackson.

## PLAINTIFF

2. Plaintiff Bernhard Kuehmstedt is a fashion, celebrity, and commercial photographer residing in Munich, Germany whose work has been published in magazines such as Cosmopolitan and Elle, appeared in advertising campaigns for companies such as Audi and ThyssenKrupp.

## DEFENDANTS

3. Upon information and belief, Perez Hilton Management, Inc., is a corporation organized and existing under the laws of the State of Delaware, with a place of business at 8506 West 3rd Street, #101, Los Angeles, California 90048.

4. Upon information and belief, defendant Mario Armando Lavandeira Jr. ("Lavandeira") is an individual professionally known as "Perez Hilton" who resides in Los Angeles, California. Lavandeira is President, Chief Executive Officer, Chief Financial Officer, and Secretary of Perez Hilton Management, Inc.

## JURISDICTION AND VENUE

5. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338.

6. Venue is proper pursuant to 28 U.S.C. §§ 1391 because Defendants have substantial contacts with this district including but not limited to regularly transacting business within the City, County, and State of New York, and specifically aiming their website, www.perezhilton.com, at New York consumers.

## STATEMENT OF FACTS

7. Kuehmstedt is the author and copyright owner of a photograph depicting musical

artist Janet Jackson (the "Jackson Photo"). The Jackson Photo was created and first published in Germany. Consequently, it is, pursuant to the Berne Convention, not subject to the pre-suit registration requirement for United States works.

8. On or about October 31, 2013, Defendants displayed the Jackson Photo on their website at https://perezhilton.com/beyonce-janet-jackson-rhythm-nation-music-inspiration-video-costume-halloween-nyc/.

9. Such display and use was without Plaintiff's authorization.

10. Defendants' website, www.perezhilton.com (the "Website"), is a highly popular celebrity gossip "blog" which earns millions of dollars per year by selling advertising and providing product links via platforms such as Google Ads, which "serves" ads to viewers.

11. In order to be successful in selling advertising, the blog must not only attract large numbers of viewers, but also must offer a steady supply of entertaining content, which has a dual purpose: building the "Perez Hilton" brand and keeping viewers on-site. The longer a viewer spend on the website, the greater the likelihood that s/he will click on an advertising link (and see any paid advertising), thereby generating income from the website.

12. The Jackson Photo appeared on the Website under the headline "Beyoncé Channels Janet Jackson's Rhythm Nation Video For Halloween! Queen Bey Looks Absolutely Killer As Her Musical Idol!," with minimal commentary.

13. Upon information and belief, after being advised of the infringement, Defendants took down the Jackson Photo, which had been on the website for over five years.

## AS AND FOR A FIRST CAUSE OF ACTION
### Copyright Infringement
**(17 U.S.C. §§ 501 *et seq.*)**

14. Plaintiff realleges and incorporates by reference each of the allegations contained

in paragraphs 1 through 13 of this Complaint.

15. Defendants infringed the Jackson Photo by reproducing and publicly displaying it on the Website. Defendants are not and have never been licensed or otherwise authorized to reproduce, publicly display, distribute, or use the Jackson Photo.

16. The acts of Defendants complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

17. Defendants' use of the Jackson Photo without Plaintiff's permission constitutes copyright infringement under 17 U.S.C. § 501, *et seq*.

18. The foregoing acts of infringement by Defendants were willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

19. As a direct and proximate cause of their infringing conduct, Plaintiff is entitled to damages and profits pursuant to 17 U.S.C. §§ 504(a)(1) and 504(b).

## AS AND FOR A SECOND CAUSE OF ACTION
### Vicarious and/or Contributor Copyright Infringement

20. Plaintiff realleges and incorporates by reference each of the allegations contained in paragraphs 1 through 19 of this Complaint.

21. Upon information and belief, Defendants knowingly induced, participated in, aided and abetted in and profited from the illegal reproduction and display of the Jackson Photo as alleged hereinabove.

22. Consequently, Defendants, and both of them, are vicariously liable for the infringement alleged herein because they had the right and ability to supervise the infringing conduct and because they had a direct financial interest in the infringing conduct.

23. Due to Defendants' acts of copyright infringement as alleged herein, Defendants have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Plaintiff's rights. As such, Plaintiff is entitled to disgorgement of Defendant's profits directly and indirectly attributable to Defendants' infringement of her rights in the Jackson Photo, in an amount to be established at trial.

24. Upon information and belief, Defendants have committed the acts of copyright infringement complained of herein knowingly and willfully, and have engaged in similar misconduct in the past. Such misconduct provides the basis on which Plaintiff seeks additional forms of relief.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that this Court enter judgment against Defendants as follows:

A. An Order enjoining Defendants from reproducing, displaying, or otherwise using the Jackson Photo on any website associated with them;

B. An award of all direct or indirect gains and profits of Defendants, and all losses of Plaintiff, the exact sum of which to be provided at trial;

C. An award of pre-judgment interest as permitted by law;

D. An award of the costs of this action; and

E. An award of such further relief as the Court deems just and proper.

## **DEMAND FOR JURY TRIAL**

Pursuant to Fed. R. Civ. Pro. 38(b), Plaintiff requests a trial by jury on all issues so triable.

Dated: November 12, 2019

                                Respectfully submitted:
                                GORDON E. R. TROY, PC

                            By: _/s/ Gordon E. R. Troy_____
                                GORDON E. R. TROY, PC
                                  Gordon E. R. Troy
                                  5203 Shelburne Road
                                  PO Box 1180
                                  Shelburne, VT  05482
                                  (802) 881-0640 Phone
                                  (646) 588-1962 Fax
                                  **gtroy@webtm.com** E-mail

                                *Attorney for Plaintiff Bernhard Kuehmstedt*