UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
BERNHARD KUEHMSTEDT,
                              Plaintiff,

-against-

PEREZ HILTON MANAGEMENT, INC., ET AL.,

                              Defendants.
----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2019

19 Civ. 10483 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the affidavit of service at Dkt. Nos. 8 and 9 require Defendants to appear by December 5 and 11, 2019. Defendants have not timely responded or otherwise appeared. It is hereby

**ORDERED** that, if Plaintiff is in communication with Defendants, the parties shall file the joint letter and proposed case management plan, in accordance with Dkt. No. 10, by **January 14, 2020**. If Plaintiff is *not* in communication with Defendants, then Plaintiff shall file a letter by **January 14, 2020**: (1) requesting adjournment of the initial pretrial conference and (2) advising whether it will move for default judgment against Defendants.

Dated: December 16, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**